McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DEBRA KAE HANKS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:19-cv-01656-BAM<br><br>STIPULATION AND ORDER<br>FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 21-day extension of time from August 7, 2020 to August 28, 2020 to respond to Plaintiff's motion for summary judgment. This is Defendant's first request. Defendant requests this extension under the case management order (Doc. 5), which allows up to a single thirty day extension by stipulation of the parties without Court approval.

    This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  August 7, 2020         /s/ Meghan O. Lambert by Chantal R. Jenkins*
         *As authorized *via* email on August 7, 2020
         Meghan O. Lambert, Esq.
         Attorney for Plaintiff

Dated:  August 7, 2020         McGREGOR W. SCOTT
         United States Attorney
         DEBORAH LEE STACHEL
         Regional Chief Counsel, Region IX
         Social Security Administration

                 By:    /s/ Chantal R. Jenkins
         CHANTAL R. JENKINS
         Special Assistant United States Attorney

ORDER

Pursuant to the parties' stipulation, and as permitted by the Scheduling Order, the deadline for Defendant to file a response to Plaintiff's Opening Brief has been extended to August 28, 2020. All orther deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 10, 2020**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

2