| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | CHANTAL R. JENKINS, PA SBN 307531<br>Special Assistant United States Attorney |

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| DEBRA KAE HANKS,<br>        Plaintiff,<br><br>  vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:19-cv-01656-BAM<br><br>STIPULATION AND ORDER<br>TO REMAND PURSUANT TO SENTENCE<br>FOUR OF 42 U.S.C. § 405(G) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will direct the Administrative Law Judge to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence.  The Appeals Council will instruct the ALJ to reevaluate Plaintiff's residual functional capacity and, as necessary, obtain supplemental evidence from a vocational expert.  The parties

further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Dated:  August 20, 2020     */s/ Meghan O. Lambert by Chantal R. Jenkins\**
*As authorized *via* email on August 20, 2020
Meghan O. Lambert, Esq.
Attorney for Plaintiff

Dated:  August 20, 2020     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **September 21, 2020**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE